UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE HERNANDEZ, <br><br>    Plaintiff, <br><br>    v. <br><br>MARTIN J. O'MALLEY, <br>Commissioner of Social Security, <br><br>    Defendant. | No. 2:23-cv-10812-RAO <br><br> [~~PROPOSED~~] JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  07/01/2024

*[signature: Rozella A. Oliver]*

HON. ROZELLA A. OLIVER
United States Magistrate Judge